IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
NATHAN C. BELL,                )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       1:12cv75-MHT
                               )          (WO)
UNITED STATES OF AMERICA,      )
                               )
    Defendant.                 )
```

OPINION

The plaintiff filed this lawsuit against the defendant, seeking money for damages allegedly resulting from a visit to a Veterans' Affairs clinic. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendant's motion to set aside default judgment should be granted and the state-court default judgment be set aside and that the defendant's motion to dismiss should be granted and this case should be dismissed for lack of subject-matter jurisdiction. There are no objections to the recommendation. After an independent and de novo review

of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of May, 2012.

                                      /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE