IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


NATHAN C. BELL,                )
                               )
        Plaintiff,             )
                               )    CIVIL ACTION NO.
        v.                     )    1:12cv75-MHT
                               )        (WO)
UNITED STATES OF AMERICA,      )
                               )
        Defendant.             )

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) The defendant's motion to set aside judgment (doc. no. 3) is granted.

(3) The state-court default judgment (doc. no. 1-1) is vacated.

(4) The defendant's motion to dismiss for lack of jurisdiction (doc. no. 4) is granted.

(5) This case is dismissed for lack of jurisdiction.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of May, 2012.

      /s/ Myron H. Thompson      
UNITED STATES DISTRICT JUDGE